

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,038-02

### IN RE RONALD WAYNE RIDDLE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. F-0301132 IN THE 291ST DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he has requested cost estimates from the "291st District Court Clerk" and the District Clerk for a copy of recordings or a transcript of his "bench trial" from September 22, 2003. He alleges his request to the "trial court clerk," citing Rule of Appellate Procedure 13.6, was improperly answered by the District Clerk, who told him they do "not have or keep records of any audio tapes."

In these circumstances, additional facts are needed. The 291st District Court is directed to make findings of fact determining whether any record of Relator's court proceedings from

September 22, 2003 exists in the form of untranscribed notes or an original recording. TEX. R. APP. P. 13.6. Should any such records exist, the court shall inform the District Clerk so she may provide Relator with a cost estimate to purchase copies of the records or, if appropriate, direct the court reporter to provide Relator with a cost estimate. *In re Bonilla*, 424 S.W.3d 528 (Tex. Crim. App. 2014). The court's findings shall further certify any actions the court may have taken to ensure Relator's access to courts under *Bonilla*.

This application for leave to file a writ of mandamus shall be held in abeyance until District Court has submitted its findings and any other responsive materials. Such response shall be submitted within 60 days of the date of this order.

Filed: October 3, 2018
Do not publish